UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CODY VINCENT | CIVIL ACTION |
| VERSUS | NO. 14-2885 |
| FIELDWOOD ENERGY, L.L.C. | SECTION A(3) |

### ORDER AND REASONS

Before the Court is a **Motion for Reconsideration (Rec. Doc. 22)** filed by Defendant Fieldwood Energy, L.L.C. Plaintiff Cody Vincent opposes the motion. The motion, set for submission on December 2, 2015, is before the Court on the briefs without oral argument.

Defendant asks the Court to reconsider the order issued on November 4, 2015 (Rec. Doc. 20). In that order, the Court denied summary judgment for Defendant.

The Court carefully considered the arguments of the parties before issuing the order, and the Court remains persuaded by the reasons given in its order. Even in light of Defendant's instant motion, the Court finds that there are disputed issues of fact in this matter rendering summary judgment for Defendant inappropriate.

Accordingly;

IT IS ORDERED that the **Motion for Reconsideration (Rec. Doc. 22)** is **DENIED**.

December 3, 2015

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE